JS-6

FILED
CLERK, U.S. DISTRICT COURT
DEC 10 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WITHERS and KELSEY WITHERS,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, LEAF FINANCIAL CORPORATION, INC. MEDICAL PLAN,<br><br>　　　　Defendants. | CASE NO: CV09-03484 ODW (FMOx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE<br><br>[Complaint Filed: May 15, 2009] |

　　　Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed, without prejudice, as to Defendants United HealthCare Insurance Company and Leaf Financial Corporation, Inc. Medical Plan. Each party shall bear its own fees and costs.

DATED:　DEC 10 2009

_____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

[Proposed] Order Dismissing Action without Prejudice